**Dismiss and Opinion Filed July 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00805-CV

### IN RE GEICO INDEMNITY COMPANY, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. cc-14-02324-A**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Stoddart
Opinion by Justice Bridges

Relator has advised the Court that the parties have settled the case underlying the petition for writ of mandamus and moves to dismiss the petition for writ of mandamus. We grant the motion and dismiss the petition. *See In re Kellogg Brown & Root, Inc.,* 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."); *State Bar of Tex. v. Gomez,* 891 S.W.2d 243, 245 (Tex. 1994) (orig. proceeding) (controversy is justiciable, if real controversy exists between parties that will be actually resolved by judicial relief sought).

150805F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE